RECEIVED
IN MONROE, LA
JUN 8 - 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 06-30037-03 |
| VERSUS | * | JUDGE JAMES |
| TAHA SHARAF MASOUD ALYOUSEFI | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Taha Sharaf Masoud Alyousefi, and adjudges him guilty of the offense charged in Count Two of the indictment against him, the forfeiture allegations contained therein (all three counts), and his obligation to provide restitution to the victims of all counts. THUS DONE AND SIGNED this 8 day of June, 2007, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION